UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                          CASE NO. 4:23-CR-00136-BSM-1

JOSE GONZALEZ                                                                             DEFENDANT

## ORDER

Defendant Jose Gonzalez's unopposed motion to continue his November 13, 2023 trial [Doc. No. 21] is granted. Defense counsel states he has a scheduling conflict and will need a brief continuance.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to April 8, 2024, at 9:30 a.m. in Courtroom #2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE